■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIPPOLYTE DANTZE, Appellant. [755 NYS2d 274] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 7, 2001 (People v Dantze, 283 AD2d 438 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered January 11, 1999, and a resentence of the same court, imposed January 15, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., McGinity, H. Miller and Townes, JJ., concur.